| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Clay E. Presley, Attorney  SB#174277<br>5560 Mission blvd<br>Riverside Ca 92509<br><br><br><br>*Attorney for:* Rafael and Maria Baylon | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>  Rafael and Maria Baylon<br><br><br><br>Debtor(s). | CHAPTER: 7<br>CASE NO: 08-25924 |
|---|---|

## DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

### (For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

   a.  A voluntary petition under chapter    ☑ 7    ☐ 13  was filed on: 11-13-2008

   b.  Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I Rafael Baylon _____, the Debtor in this case, and Maria Baylon _____, (if joint debtors) hereby request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010, and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

   The certificate was done within the time limit, but we failed to filed to file it in time because we didn't understand the procedure requiring timely filing. _____
   _____
   _____
   _____
   _____

   and I declare this under penalty of perjury.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                **F 5010-1.1M**

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 2

| In re Rafael and Maria Baylon | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO. 08-25924 |

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Debtor's Signature | Dated | Riverside / City | Ca / State |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Joint Debtor's Signature | Dated | Riverside / City | Ca / State |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 5010-1.1M

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| In re<br>Rafael and Maria Baylon | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 08-25924 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5560 Mission blvd, Riverside Ca 92509

A true and correct copy of the foregoing document described as _____
Debtors Motion to Reopen Case _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On 9/25/09 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| 9/25/09 | Frank Stark | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Rafael Baylon
3320 Driftwood Ln
Lake Elsinore  CA  92530


Maria Baylon
3320 Drfitwood Ln
Lake Elsinore  CA  92530


Clay E  Presley
5560 Mission Blvd
Riverside  Ca  92509


Carnival
po box 13337
Philadelphia  PA  19101-3337


Chase
po box 78067
Phoenix  AZ  85062-8057


Coleman & Horowitt
499 W  Shaw Ste 116
Fresno  CA  93704


Costco
po box 0001
Los Angeles  CA  90096-0001


Exxon
po box 688940
Des Moines  IA  50368-8940


Firestone
po box 81344
Cleveland  OH  44188-0344


Home Depot
po box 689100
Des Moines  IA  50368-9100

JCPenney
po box 960090
Orlando  FL  32896-0090

Lowe's
po box 530914
Atlanta  GA  30353-0914

Macias Furniture
po box183041
Columbus  OH  43218-3041

Mervyns
po box 960013
Orlando  FL  32896-0013

Pacific Creditors
1799 Portola Ave Ste 4B
Livermore  CA  94551-1633

RJM
po box 18006
Hauppauge  NY  11788-8806

Sam's Club
po box 530942
Atlanta  GA  30353-0942

US Bank
po box 20005
Owensboro  KY  42304-0005

VW Credit
po box 7532
Libertyville  IL  60048-7532

WaMu
po box 9016
Pleasanton  CA  94566-9016

Karl T. Anderson (ch 7 trustee)
700 E. Tahquitz Canyon Way Ste H
Palm Springs, Ca. 92262